```
1  GREGG A. THORNTON (SBN 146282)
   DANIELLE K. LEWIS (SBN 218274)
2  SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
3  San Francisco, CA  94105
   Telephone: (415) 979-0400
4  Facsimile: (415) 979-2099

5  Attorneys for Defendants
   CITY OF BENICIA AND DARLENE
6  JALONEK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET MARTINO,<br><br>      Plaintiff,<br><br>   v.<br><br>CITY OF BENICIA; BOB'S TOWING SERVICE, INC.; DARLENE JALONEK and DOES 1 to 50,<br><br>      Defendants. | CASE NO. 2:11-CV-02182-JAM-EFB<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT; AND ORDER THEREON** |

   The parties, by and through their respective attorneys, submit this stipulated request for an extension of time to file the Joint Status Report required by this court's order of August 17, 2011.

   Pursuant to the court's order, the parties' Joint Status Report is due within sixty (60) days of service of the complaint on any party, or from the date of removal.  In this matter, defendants filed a notice of removal on August 17, 2011.  As such, the parties' Joint Status Report is currently due on

1

PDF created with pdfFactory trial version www.pdffactory.com

1  October 17, 2011.

2  The pleadings in this matter are not yet at issue.  First, plaintiff's Motion to Remand Action, which defendants have opposed, is set for hearing before the court on October 19, 2011. Next, pursuant to the court's order, defendants CITY OF BENICIA and DARLENE JALONEK's Motion to Dismiss Plaintiff's First Amended Complaint is set for hearing on November 2, 2011. (DOC #23)

In light of the uncertainty of the pleadings, the parties are unable to meaningfully meet and confer regarding future amendment of pleadings, anticipated motions, anticipated discovery, future proceedings, estimate regarding trial time, pretrial procedures or the appropriateness of a settlement conference.

Therefore, the parties request that the court extend the time by which the parties must submit a Joint Status Report until **November 30, 2011**, or any date thereafter that the court deems appropriate.

It is so stipulated:

DATED: October 14, 2011

By:    */s/ David R. Olick*
       David R. Olick
       Attorneys for Plaintiff
       JANET MARTINO

PDF created with pdfFactory trial version www.pdffactory.com

```
 1   DATED: October 14, 2011    SELMAN BREITMAN LLP
 2
 3                              By: /s/Danielle K. Lewis
                                    GREGG A. THORNTON
 4                                  DANIELLE K. LEWIS
                                    Attorneys for Defendants
 5                                  CITY OF BENICIA and
                                    DARLENE JALONEK
 6
 7   DATED: October 14, 2011    SMITH & BURSTEIN
 8
 9                              By: /s/ Jack Burstein
                                    JACK BURSTEIN
10                                  Attorneys for Defendant
                                    BOB'S TOW SERVICE
```

3
**STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**
**2:11-CV-02182-JAM-EFB**

234617.1 555.30240

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Pursuant to the parties' stipulation, the court hereby orders that the parties submit a joint status report on November 30, 2011. The contents of the joint status report shall be in conformance with this court's order of August 17, 2011.

**IT IS SO ORDERED.**

Dated: 10/17/2011                    /s/ John A. Mendez
                                     Hon. John A. Mendez
                                     United States District Judge
                                     Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com