```
GREGG A. THORNTON (SBN 146282)
DANIELLE K. LEWIS (SBN 218274)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
CITY OF BENICIA AND DARLENE
JALONEK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET MARTINO,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BENICIA; BOB'S TOWING SERVICE, INC.; DARLENE JALONEK and DOES 1 to 50,<br><br>    Defendants. | CASE NO. 2:11-CV-02182-JAM-EFB<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT; AND ORDER THEREON** |

The parties, by and through their respective attorneys, submit this stipulated request for an extension of time to file the Joint Status Report required by this court's order of August 17, 2011.

Pursuant to the court's order, the parties' Joint Status Report is due within sixty (60) days of service of the complaint on any party, or from the date of removal.  In this matter, defendants filed a notice of removal on August 17, 2011.  As such, the parties' Joint Status Report is currently due on

1

**STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**
**2:11-CV-02182-JAM-EFB**

234617.1 555.30240

PDF created with pdfFactory trial version www.pdffactory.com

1  October 17, 2011.

2  The pleadings in this matter are not yet at issue. First,
3  plaintiff's Motion to Remand Action, which defendants have
4  opposed, is set for hearing before the court on October 19, 2011.
5  Next, pursuant to the court's order, defendants CITY OF BENICIA
6  and DARLENE JALONEK's Motion to Dismiss Plaintiff's First Amended
7  Complaint is set for hearing on November 2, 2011. (DOC #23)

8  In light of the uncertainty of the pleadings, the parties
9  are unable to meaningfully meet and confer regarding future
10 amendment of pleadings, anticipated motions, anticipated
11 discovery, future proceedings, estimate regarding trial time,
12 pretrial procedures or the appropriateness of a settlement
13 conference.

14 Therefore, the parties request that the court extend the
15 time by which the parties must submit a Joint Status Report until
16 **November 30, 2011**, or any date thereafter that the court deems
17 appropriate.

18 It is so stipulated:

19

20 DATED: October 14, 2011

21

22                              By:    */s/ David R. Olick*
                                       David R. Olick
23                                     Attorneys for Plaintiff
                                       JANET MARTINO

PDF created with pdfFactory trial version www.pdffactory.com

```
DATED: October 14, 2011     SELMAN BREITMAN LLP


                            By: /s/Danielle K. Lewis
                                GREGG A. THORNTON
                                DANIELLE K. LEWIS
                                Attorneys for Defendants
                                CITY OF BENICIA and
                                DARLENE JALONEK


DATED: October 14, 2011     SMITH & BURSTEIN


                            By: /s/ Jack Burstein
                                JACK BURSTEIN
                                Attorneys for Defendant
                                BOB'S TOW SERVICE
```

**ORDER**

Pursuant to the parties' stipulation, the court hereby orders that the parties submit a joint status report on November 30, 2011.  The contents of the joint status report shall be in conformance with this court's order of August 17, 2011.

**IT IS SO ORDERED.**

Dated: 10/17/2011                    /s/ John A. Mendez_____
                                     Hon. John A. Mendez
                                     United States District Judge
                                     Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com