DAVID R. OLICK, No. 72152
Attorney and Counselor at Law
836-B Southampton Drive, No. 349
Benicia, CA 94510
Tel: 707-750-1005
Facsimile: 925-401-9419
e-mail: dro@olick.us

Attorney for Plaintiff Janet Martino

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET MARTINO<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF BENICIA, DARLENE JALONEK, BOB'S TOWING SERVICE, INC.<br><br>    Defendants. | NO. 2:11-CV-02182-JAM-EFB<br><br>ORDER GRANTING MOTION TO REMAND<br><br>Date: October 19, 2011<br>Time 9:30 a.m.<br>Courtroom: 6<br>Judge: Honorable John A. Mendez |

The motion of plaintiff JANET MARTINO, to remand this case back to state court came on regularly for hearing on October 19, 2011.  David R. Olick appeared for Plaintiff Janet Martino, Danielle K. Lewis appeared for defendants the City of Benicia and Darlene Jalonek, Jack Burstein appeared on behalf of defendant Bob's Towing Service, Inc.

Good cause appearing therefor,

IT IS HEREBY ORDERED that the motion is granted and this case is remanded back to the Superior Court of the State of California, County of Solano, for all the reasons stated by the court on the record on October 19, 2011.

The motion to dismiss filed by defendants the City of Benicia and Darlene Jalonek set for November 2, 2011 is moot and ordered off calendar.

DATED:   10/28/2011        /s/ John A. Mendez
                           JUDGE OF THE UNITED STATES DISTRICT COURT

Approved as to form:

  /s/ Danielle K. Lewis         Attorney for the City of Benicia and Darlene Jalonek

  /s/ Jack Burstein             Attorney for Bob's Towing Service Inc.

-1-